U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

**FILED**

APR 1 3 2005

CLERK, U.S. DISTRICT COURT

By _____ dg
        Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | |
| | § | Criminal Action No. 3:02-CR-052-L |
| BAYAN ELASHI | (1) § | |
| GHASSAN ELASHI | (2) § | |
| BASMAN ELASHI | (3) § | |
| INFOCOM CORPORATION | § | |

## ORDER

The court determines that the Confidential Juror Questionnaire should be and is hereby
placed under seal. Accordingly, the clerk is **directed** to place **under seal** a complete set of the
answers provided by all prospective jurors to the Confidential Juror Questionnaire, completed on
March 24, 2005.

**It is so ordered** this _13th_ day of April, 2005.

Sam A. Lindsay
United States District Judge

Order – Solo Page